# EXHIBIT G



**TOWNE** PARK

**Bill to:**
Weiss Memorial Hospital - Screener
Attn: Accounts Payable
4646 N. Marine Drive
Chicago, IL 60640

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 19122405 | May 31, 2024 | Due in 20 Days | 17,807.80 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 22,807.80 |
| Less: Pre-Bill | (5,000.00) |
| **Total Due Towne Park** | **17,807.80** |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number: 85190688 |
| Please remit payment to :    Towne Park, LLC | ABA: 021-052-053 |
| P.O. Box 79349 | E-mail remittance to: |
| Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

**Weiss Memorial Hospital - Screener**

**PARKING DEPARTMENT**

| Current Month<br>Actual | May 31, 2024 | Year to Date<br>Actual |
|---:|:---|---:|
| | **Payroll Expense** | |
| 17,249.52 | Site Salaries & Wages | 68,245 |
| 0.00 | Payroll Corporate Incentive | 0 |
| 3,449.90 | PTEB at 20 % | 13,649 |
| 20,699.42 | Total Payroll and Benefits | 81,894 |
| | | |
| | **Other Expense** | |
| 413.99 | Business Support Services 2.00% | 1,638 |
| 0.00 | Ad Placement | 0 |
| 0.00 | Bank & Credit Card Fees | 0 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 180.35 | Employee Relations | 255 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 1,063.51 | Insurance | 4,233 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Office Supplies & Equipment | 42 |
| 18.12 | Outside Services | 90 |
| 132.41 | Payroll Processing | 592 |
| 0.00 | Personnel Recruitment | 110 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 0 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 0.00 | Telephone & Pagers | 0 |
| 0.00 | Tickets | 0 |
| 300.00 | Towne Park Management Fee | 1,500 |
| 0.00 | Uniforms | 0 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 2,108.38 | Total Other Expense | 8,461 |
| 22,807.80 | Total Towne Park Expenses | 90,354 |

Case: 1:25-cv-05949 Document #: 1-7 Filed: 05/28/25 Page 4 of 9 PageID #:63

Weiss Memorial Hospital - Screener
PARKING DEPARTMENT - YTD Report
May 31, 2024

TOWNE PARK

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 7,739 | 9,781 | 15,818 | 17,658 | 17,250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68,245 |
| Payroll Corporate Incentive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PTEB at 20 % | 1,548 | 1,956 | 3,164 | 3,532 | 3,450 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,649 |
| Total Payroll and Benefits | $9,287 | $11,737 | $18,981 | $21,189 | $20,699 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $81,894 |
| | | | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $186 | $235 | $380 | $424 | $414 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,638 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 17 | 21 | 23 | 14 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 255 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 493 | 594 | 982 | 1,101 | 1,064 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,233 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies & Equipment | 0 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 |
| Outside Services | 17 | 20 | 22 | 14 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 |
| Payroll Processing | 88 | 116 | 158 | 98 | 132 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 592 |
| Personnel Recruitment | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 300 | 300 | 300 | 300 | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| Uniforms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Expense | $1,211 | $1,328 | $1,863 | $1,950 | $2,108 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,461 |
| Total Towne Park Expenses | 10,498 | 13,066 | 20,845 | 23,139 | 22,808 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90,354 |



**TOWNE** PARK

**Bill to:**
Weiss Memorial Hospital - Garage
Attn: Accounts Payable
3 Erie Court, 2nd Floor
Oak Park, IL 60302

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 04852405 | May 31, 2024 | Due in 30 Days | 9,837.79 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 9,523.11 |
| Tax Due to Towne Park for Parking Revenue | 314.68 |
| Less: Towne Park Collected Cash and/or Credit Card Monies | - |
| **Total Due Towne Park** | 9,837.79 |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number: 85190688 |
| Please remit payment to:     Towne Park, LLC | ABA: 021-052-053 |
| P.O. Box 79349 | E-mail remittance to: |
| Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

**Weiss Memorial Hospital - Garage**

**PARKING DEPARTMENT**

| Current Month Actual | May 31, 2024 | Year to Date Actual |
|---|---|---|
| | **Statistics** | |
| 269 | Valet Vehicles | 1,677 |
| 0 | Self Vehicles | 0 |
| 269 | Total Vehicles | 1,677 |
| 4.50 | Revenue Per Vehicle | 4.47 |
| 27,993 | Available Parking Spaces | 137,256 |
| 0.04 | REVPAS | 0.06 |
| | **Revenue Summary** | |
| 1,210.32 | Valet Revenue | 7,491 |
| 0.00 | Self Revenue | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Adjustments | 0 |
| 1,210.32 | Total Net Revenue | 7,491 |
| | **Payroll Expense** | |
| 6,641.74 | Site Salaries & Wages | 42,240 |
| 0.00 | Payroll Corporate Incentive | 223 |
| 1,328.35 | PTEB at 20 % | 8,493 |
| 7,970.09 | Total Payroll and Benefits | 50,956 |
| | **Other Expense** | |
| 159.40 | Business Support Services 2.00% | 1,019 |
| 0.00 | Ad Placement | 0 |
| 110.80 | Bank & Credit Card Fees | 677 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 9.44 | Employee Relations | 236 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 451.01 | Insurance | 2,689 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 106 |
| 0.00 | Office Supplies & Equipment | 153 |
| 26.67 | Outside Services | 245 |
| 59.76 | Payroll Processing | 266 |
| 0.00 | Personel Recruitment | 383 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 105 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 110.94 | Telephone & Pagers | 805 |
| 0.00 | Tickets | 0 |
| 625.00 | Towne Park Management Fee | 3,125 |
| 0.00 | Uniforms | 484 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 1,553.02 | Total Other Expense | 10,293 |
| 9,523.11 | Total Towne Park Expenses | 61,250 |
| 0.00 | Owner Parking Department Expenses | 0 |
| 9,523.11 | Total Expenses | 61,250 |
| (8,312.79) | Parking Department Profit (Loss) | (53,758) |

**Weiss Memorial Hospital - Garage**
**PARKING DEPARTMENT - YTD Report**
**May 31, 2024**

**TOWNE PARK**

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Statistics** | | | | | | | | | | | | | |
| Valet Vehicles | 373 | 399 | 308 | 328 | 269 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,677 |
| Self Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Vehicles | 373 | 399 | 308 | 328 | 269 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,677 |
| Revenue Per Vehicle | $3.66 | $4.74 | $4.94 | $4.60 | $4.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.47 |
| Available Parking Spaces | 27,993 | 26,187 | 27,993 | 27,090 | 27,993 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 137,256 |
| REVPAS | $0.05 | $0.07 | $0.05 | $0.06 | $0.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.06 |
| **Revenue Summary** | | | | | | | | | | | | | |
| Valet Revenue | $1,363 | $1,890 | $1,520 | $1,508 | $1,210 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,491 |
| Self Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenue** | $1,363 | $1,890 | $1,520 | $1,508 | $1,210 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,491 |
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 10,297 | 10,896 | 7,404 | 7,002 | 6,642 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42,240 |
| Payroll Corporate Incentive | 0 | 0 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 223 |
| PTEB at 20 % | 2,059 | 2,179 | 1,525 | 1,400 | 1,328 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,493 |
| **Total Payroll and Benefits** | $12,356 | $13,075 | $9,152 | $8,402 | $7,970 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $50,956 |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $247 | $262 | $183 | $168 | $159 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,019 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 232 | 113 | 111 | 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 677 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 92 | 8 | 11 | 116 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 236 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 626 | 670 | 494 | 449 | 451 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,689 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 106 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 106 |
| Office Supplies & Equipment | 0 | 0 | 144 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 153 |
| Outside Services | 74 | 27 | 64 | 53 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 245 |
| Payroll Processing | 39 | 43 | 76 | 49 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 266 |
| Personel Recruitment | 383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 383 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 105 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 173 | 174 | 174 | 174 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 805 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 625 | 625 | 625 | 625 | 625 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,125 |
| Uniforms | 484 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 484 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Expense** | $3,079 | $2,026 | $1,882 | $1,754 | $1,553 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,293 |
| **Total Towne Park Expenses** | 15,436 | 15,101 | 11,034 | 10,156 | 9,523 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61,250 |
| Owner Parking Department Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** | $15,436 | $15,101 | $11,034 | $10,156 | $9,523 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $81,250 |
| **Parking Department Profit (Loss)** | ($14,072) | ($13,211) | ($9,514) | ($8,648) | ($8,313) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($53,758) |



**Weiss Memorial Hospital - Garage**

**Mix of Sales Report**

**TOWNE PARK**

| | Current Month | | | | May 31, 2024 | | Year to Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Vehicles | Rev/ Vehicle | Revenue | % of Sales | | | Vehicles | Rev/ Vehicle | Revenue | % of Sales |
| | | | | **VALET PARKING** | | | | | |
| 251 | $4.82 | $1,210.32 | 100.0% | Daily Weekday | | 1,610 | $4.65 | $7,491.26 | 100.0% |
| 18 | | | | Comps Non-Billable Comps | | 67 | | | |
| **269** | **$4.50** | **$1,210.32** | **100.0%** | **Total Valet Parking** | | **1,677** | **$4.47** | **$7,491.26** | **100.0%** |
| | | | | **Self Parking** | | | | | |
| 0 | $0.00 | $0.00 | 0.0% | Daily Transient | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Daily Employee Debit | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Public | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Employee Payroll Deduction | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | | | | Comps Non-Billable Comps | | 0 | | | |
| **0** | **$0.00** | **$0.00** | **0.0%** | **Total Self Parking** | | **0** | **$0.00** | **$0.00** | **0.0%** |
| | | $0.00 | 0.0% | **Adjustments** | | | | $0.00 | 0.0% |
| **269** | **$4.50** | **$1,210.32** | **100.0%** | **Total Parking** | | **1,677** | **$4.47** | **$7,491.26** | **100.0%** |

**DO NOT SEND THIS TO CUSTOMER - INTERNAL DOCUMENT**

**Miscellaneous Journal Entry**      This is a custom journal entry form depending on the needs of the invoice.

Site:            Weiss Memorial Hospital - Garage

Company:         TOWNE                                              Y

Posting Date:    5/31/2024                           5/31/2024      N

May

| G/L ACCOUNT # | | | DESCRIPTION | DEBIT | CREDIT | Reversing Entry: | Reversing Date |
|---|---|---|---|---|---|---|---|
| 02-02-1401 | 4715 | 0485 | 0485 RC Parking Tax 05/2024 | 314.68 | | N | |
| 02-00-0000 | 2030 | 0000 | 0485 RC Parking Tax 05/2024 | | 314.68 | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | 0.00 | N | |

Instructions

This Amount is Added to P&L as Accrual to Revenue

BPA keep one copy of calcs in invoice packet

BPA sign off on JE above, give to Acctg for Accrual