# EXHIBIT H

\*\*\*H I S T O R I C A L\*\*\*



# Invoice



Page 1/1
Invoice T22884
Date 6/1/2024

**Towne Park, LLC**
**450 Plymouth Road**
**Suite 300**
**Plymouth Meeting PA    19462**

**Bill To:**   Weiss Memorial Hospital - Screener
4646 N. Marine Drive
Chicago IL    60640

**Ship To:**   Weiss Memorial Hospital - Screener
4646 N. Marine Drive
Chicago IL    60640

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| | 1912 | | | | NET20 | 6/1/2024 | 23,559 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | SERVICES | JUNE SERVICES | $0.00 | $5,000.00 | $5,000.00 |

|  |  |
|---|---|
| **Subtotal** | $5,000.00 |
| **Misc** | $0.00 |
| **Tax** | $0.00 |
| **Freight** | $0.00 |
| **Trade Discount** | $0.00 |
| **Total** | $5,000.00 |



**TOWNE**
**PARK**

**Bill to:**
Weiss Memorial Hospital - Screener
Attn: Accounts Payable
4646 N. Marine Drive
Chicago, IL 60640

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 19122406 | June 30, 2024 | Due in 20 Days | 5,421.67 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 10,421.67 |
| Less: Pre-Bill | (5,000.00) |
| **Total Due Towne Park** | **5,421.67** |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number: 85190688 |
| Please remit payment to :     Towne Park, LLC | ABA: 021-052-053 |
|     P.O. Box 79349 | E-mail remittance to: |
|     Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

**Weiss Memorial Hospital - Screener**

**PARKING DEPARTMENT**

| Current Month<br>Actual | June 30, 2024 | Year to Date<br>Actual |
|---|---|---|
| | **Payroll Expense** | |
| 7,871.47 | Site Salaries & Wages | 76,116 |
| 0.00 | Payroll Corporate Incentive | 0 |
| 1,574.29 | PTEB at 20 % | 15,223 |
| 9,445.76 | Total Payroll and Benefits | 91,340 |
| | **Other Expense** | |
| 188.92 | Business Support Services 2.00% | 1,827 |
| 0.00 | Ad Placement | 0 |
| 0.00 | Bank & Credit Card Fees | 0 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 18.87 | Employee Relations | 274 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 338.25 | Insurance | 4,571 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Office Supplies & Equipment | 42 |
| 18.12 | Outside Services | 108 |
| 111.75 | Payroll Processing | 704 |
| 0.00 | Personnel Recruitment | 110 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 0 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 0.00 | Telephone & Pagers | 0 |
| 0.00 | Tickets | 0 |
| 300.00 | Towne Park Management Fee | 1,800 |
| 0.00 | Uniforms | 0 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 975.91 | Total Other Expense | 9,437 |
| 10,421.67 | Total Towne Park Expenses | 100,776 |

Weiss Memorial Hospital - Screener
PARKING DEPARTMENT - YTD Report
June 30, 2024

**TOWNE PARK**

Case: 1:25-cv-05949 Document #: 1-8 Filed: 05/28/25 Page 5 of 5 PageID #:73

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 7,739 | 9,781 | 15,818 | 17,658 | 17,250 | 7,871 | 0 | 0 | 0 | 0 | 0 | 0 | 76,116 |
| Payroll Corporate Incentive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PTEB at 20 % | 1,548 | 1,956 | 3,164 | 3,532 | 3,450 | 1,574 | 0 | 0 | 0 | 0 | 0 | 0 | 15,223 |
| **Total Payroll and Benefits** | $9,287 | $11,737 | $18,981 | $21,169 | $20,699 | $9,446 | $0 | $0 | $0 | $0 | $0 | $0 | $91,340 |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $186 | $235 | $380 | $424 | $414 | $189 | $0 | $0 | $0 | $0 | $0 | $0 | $1,827 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 17 | 21 | 23 | 14 | 180 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 274 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 493 | 594 | 982 | 1,101 | 1,064 | 338 | 0 | 0 | 0 | 0 | 0 | 0 | 4,571 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies & Equipment | 0 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 |
| Outside Services | 17 | 20 | 22 | 14 | 18 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 108 |
| Payroll Processing | 88 | 116 | 158 | 98 | 132 | 112 | 0 | 0 | 0 | 0 | 0 | 0 | 704 |
| Personnel Recruitment | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 300 | 300 | 300 | 300 | 300 | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 |
| Uniforms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Expense** | $1,211 | $1,328 | $1,863 | $1,950 | $2,108 | $976 | $0 | $0 | $0 | $0 | $0 | $0 | $9,437 |
| **Total Towne Park Expenses** | 10,498 | 13,066 | 20,845 | 23,139 | 22,808 | 10,422 | 0 | 0 | 0 | 0 | 0 | 0 | 100,776 |