# EXHIBIT J

 **PILLAR+AUGHT**

Lindsey E. Snavely, Esquire
(717) 308-9629 (Direct)
lsnavely@pillaraught.com

636/25

December 17, 2024

Re: <u>Towne Park, LLC –Demand for Payment</u>

Resilience Healthcare
21 Forest Avenue
River Forest, Illinois 60305
Attn: Manoj Prasad, CEO

**VIA FEDERAL EXPRESS AND REGULAR MAIL**

Ramco Healthcare Holdings, LLC
103 Carnegie Center, Suite 345
Princeton, New Jersey 08540
Attn: Rathnaker Reddy Patlola, President

To Whom It May Concern:

This Firm represents Towne Park, LLC ("Towne Park"), for purposes of the above-referenced matter. Please forward all further communications to my attention.

As you well-know, Towne Park, Resilience Healthcare ("Resilience"), and Ramco Healthcare Holdings, LLC ("Ramco") (collectively with Resilience "Purchaser"), were parties to two (2) certain Purchaser-Specific Agreements effective April 1, 2023 (the "Agreements"), for services at Weiss Memorial Hospital located at 4646 N. Marine Drive, Chicago, Illinois 60640. Although the Agreements were terminated effective August 1, 2024, Purchaser continues to owe Towne Park $101,953.11 for outstanding fees due under the Agreements for certain invoices, as attached ("Past-Due Amount").

Please note that this correspondence serves as Towne Park's final attempt to resolve this matter short of litigation. Towne Park hereby demands Purchaser to deliver payment immediately of the Past-Due Amount. Payment may be delivered by check or ACH, and you may contact Lindsay Helphrey, Sr. Manager – Accounting Operations & Procurement, at 610-708-2517 or lhelphrey@townepark.com, to discuss specific delivery options. Be advised that if payment of $101,953.11 is not received within **fifteen (15) days** of the date of this correspondence, Towne Park has instructed this Firm to pursue any and all available remedies, including initiating litigation to collect the Past-Due Amount.

4201 E. PARK CIRCLE | HARRISBURG, PA 17111 | 717·308·9910 | PILLARAUGHT.COM

This correspondence is sent without prejudice to any rights or remedies Towne Park has or may have, and the failure of Towne Park to assert any rights to enforce any remedies or delay asserting rights or enforcing any remedies shall not be deemed a waiver by Towne Park of any such rights and remedies. Towne Park expressly reserves all of its rights, power, privileges, and remedies under all applicable laws.

Thank you for your prompt and immediate attention to this demand. Please feel free to contact the undersigned if you wish to discuss this matter.

Sincerely,

PILLAR+AUGHT

By:

Lindsey E. Snavely

Enclosures

cc: Towne Park (via Email Only)

- 2 -